UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 MAR 18  AM 8:29

DEPUTY CLERK_____

| | |
|---|---|
| Michael Seidenstein §<br>*Plaintiff* §<br>§<br>§<br>v.  §<br>§<br>§<br>Anheuser-Busch Companies, LLC §<br>*Defendant* § | Case No. 3:13-cv-00917-M |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Kasowitz, Benson, Torres & Friedman LLP_____, with offices at

101 California Street, Suite 2300_____
(Street Address)

San Francisco_____  CA_____  94111_____
(City)                                              (State)           (Zip Code)

(415) 421-6140_____.
(Telephone No.)

II. Applicant will sign all filings with the name Brian P. Brosnahan_____.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

bbrosnahan@kasowitz.com     [and  jchildress@kasowitz.com]     .
(E-mail Address)

III. Applicant has been retained personally or as a member of the above-named firm by:
         (List All Parties Represented)

| |
|---|
| Anheuser-Busch Companies, LLC |

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of

California_____, where Applicant regularly practices law.

Bar license number: 112894                Admission date: March 27, 1984

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S.D.C. - Central Dist. of CA | 12/10/2010 | Active |
| U.S.D.C. - Eastern Dist. of CA | 6/11/1990 | Active |
| U.S.D.C. - Northern Dist. of CA | 7/27/1984 | Active |

(SEE ATTACHED)

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

## BRIAN P. BROSNAHAN

### California State Bar No. 112894 (Admitted 3/27/84)

| Court | Date of Admission | Active or Inactive |
|---|---|---|
| U.S.D.C. – So. District CA | 2/27/2012 | Active |
| U.S. Court of Appeals for the Ninth Circuit | 8/27/2008 | Active |
| U.S. Court of Appeals for the Second Circuit | 12/30/2004<br>01/08/2010 | Active |
| U.S.D.C. – Southern District NY | 6/13/2001 | Inactive (*pro hac vice* only) |
| U.S.D.C. – District of New Jersey | 6/25/09 | Active (*pro hac vice* only) |
| U.S.D.C. – District of Nevada | 10/07/10 | Active (*pro hac vice* only) |

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Joseph M. Cox, Bracewell & Giuliani _____ who has offices at

1445 Ross Avenue, Suite 3800
(Street Address)

Dallas                           TX                75202-2711
(City)                          (State)            (Zip Code)

(214) 758-1077
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 18th day of March, 2013.

Brian P. Brosnahan
Printed Name of Applicant

*[signature]*
Signature

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 7, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BRIAN PAUL BROSNAHAN, #112894 was admitted to the practice of law in this state by the Supreme Court of California on March 27, 1984; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records