IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL SEIDENSTEIN, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 3:13-CV-00917-M |
| ANHEUSER-BUSCH COMPANIES, LLC, | § § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorneys enter their appearances in this matter as attorneys for Defendant Anheuser-Busch Companies, LLC. All pleadings, discovery, correspondence, and additional items may be served upon counsel for Defendant via the contact information provided herein:

| | |
|---|---|
| Marcus S. Topel* | Joseph M. Cox |
| California State Bar No. 54702 | Texas State Bar No. 04950200 |
| Daniel F. Cook* | Tricia R. DeLeon |
| California State Bar No. 70484 | Texas State Bar No. 24005885 |
| Brian P. Brosnahan* | Bracewell & Giuliani LLP |
| California State Bar No. 112894 | 1445 Ross Avenue, Suite 3800 |
| Jacob N. Foster* | Dallas, Texas 75202 |
| California State Bar No. 250785 | 214-468-3800 telephone |
| Kasowitz, Benson, Torres & | 214-468-3888 facsimile |
| Friedman LLP | joe.cox@bgllp.com |
| 101 California Street, Suite 2300 | tricia.deleon@bgllp.com |
| San Francisco, California 94111 | |
| 514-655-4301 telephone | |
| 415-358-4693 facsimile | |
| mtopel@kasowitz.com | |
| jfoster@kasowitz.com | |
| dcook@kasowitz.com | |
| bbrosnahan@kasowitz.com | |

*Motions for Admission *Pro Hac Vice* pending

**NOTICE OF APPEARANCE – Page 1**

Dated:  March 19, 2013.

        Respectfully submitted,

        BRACEWELL & GIULIANI LLP

        By:  */s/ Joseph M. Cox*
            Joseph M. Cox
            Texas State Bar No. 04950200
            Tricia R. DeLeon
            Texas State Bar No. 24005885

        1445 Ross Avenue, Suite 3800
        Dallas, Texas  75202
        Telephone:  (214) 758-1000
        Facsimile:  (214) 758-8343
        joe.cox@bgllp.com
        tricia.deleon@bgllp.com

        and

        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
        Marcus S. Topel*
        California State Bar No. 54702
        Daniel F. Cook*
        California State Bar No. 70484
        Brian P. Brosnahan*
        California State Bar No. 112894
        Jacob N. Foster*
        California State Bar No. 250785
        101 California Street, Suite 2300
        San Francisco, California 94111
        514-655-4301 telephone
        415-358-4693 facsimile
        MTopel@kasowitz.com
        *Motions for Admission *Pro Hac Vice* pending

        ATTORNEYS FOR DEFENDANT,
        ANHEUSER-BUSCH COMPANIES LLC

**NOTICE OF APPEARANCE – Page 2**

## CERTIFICATE OF SERVICE

   The undersigned certifies that the foregoing Notice of Appearance was electronically filed on March 19, 2013, and served on all parties receiving electronic notice from the Court's ECF notification system in the above-referenced case.

                    */s/ Tricia R. DeLeon* _____
                    Tricia R. DeLeon

#4263976.1