## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| MICHAEL SEIDENSTEIN, Individually and On Behalf of All Others Similarly Situated, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 3:13-CV-00917-M |
| § | |
| ANHEUSER-BUSCH COMPANIES, LLC, § § | |
| Defendant. § | |

## DEFENDANT'S AMENDED NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorneys enter their appearances in this matter as attorneys for Defendant Anheuser-Busch Companies, LLC. All pleadings, discovery, correspondence, and additional items may be served upon counsel for Defendant via the contact information provided:

| | |
|---|---|
| Marcus S. Topel | Joseph M. Cox |
| Previously admitted and currently in good standing with the Northern District of Texas, Bar No. 54702CA | Texas State Bar No. 04950200 |
| | Tricia R. DeLeon |
| | Texas State Bar No. 24005885 |
| California State Bar No. 54702 | Bracewell & Giuliani LLP |
| Daniel F. Cook* | 1445 Ross Avenue, Suite 3800 |
| California State Bar No. 70484 | Dallas, Texas 75202 |
| Brian P. Brosnahan* | 214-468-3800 telephone |
| California State Bar No. 112894 | 214-468-3888 facsimile |
| Jacob N. Foster* | joe.cox@bgllp.com |
| California State Bar No. 250785 | tricia.deleon@bgllp.com |
| Kasowitz, Benson, Torres & Friedman LLP | |
| 101 California Street, Suite 2300 | |
| San Francisco, California 94111 | |
| 514-655-4301 telephone | |
| 415-358-4693 facsimile | |
| mtopel@kasowitz.com | |
| jfoster@kasowitz.com | |
| dcook@kasowitz.com | |
| bbrosnahan@kasowitz.com | |
| *Motions for Admission *Pro Hac Vice* pending | |

**DEFENDANT'S AMENDED NOTICE OF APPEARANCE – Page 1**

Dated:  March 21, 2013.

                Respectfully submitted,

                KASOWITZ, BENSON, TORRES &
                FRIEDMAN LLP

                By:  */s/ Marcus S. Topel*
                  Marcus S. Topel
                  Previously admitted and currently in good
                  standing with the Northern District of
                  Texas, Bar No. 54702CA
                  California State Bar No. 54702
                  Daniel F. Cook*
                  California State Bar No. 70484
                  Brian P. Brosnahan*
                  California State Bar No. 112894
                  Jacob N. Foster*
                  California State Bar No. 250785
             101 California Street, Suite 2300
             San Francisco, California 94111
             514-655-4301 telephone
             415-358-4693 facsimile
             MTopel@kasowitz.com
             *Motions for Admission *Pro Hac Vice* pending

             and

             BRACEWELL & GIULIANI LLP

             By:  */s/ Joseph M. Cox*
               Joseph M. Cox
               Texas State Bar No. 04950200
               Tricia R. DeLeon
               Texas State Bar No. 24005885
             1445 Ross Avenue, Suite 3800
             Dallas, Texas  75202
             Telephone:  (214) 758-1000
             Facsimile:  (214) 758-8343
             joe.cox@bgllp.com
             tricia.deleon@bgllp.com
             ATTORNEYS FOR DEFENDANT,
             ANHEUSER-BUSCH COMPANIES LLC

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing Defendant's Amended Notice of Appearance was electronically filed on March 21, 2013, and served on all parties receiving electronic notice from the Court's ECF notification system in the above-referenced case.

                                                */s/ Tricia R. DeLeon*
                                                Tricia R. DeLeon

#4263976.2