IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL SEIDENSTEIN, Individually and On Behalf of All Others Similarly Situated, § § § Plaintiff, § § v. § ANHEUSER-BUSCH COMPANIES, LLC, § § Defendant. § § § § | Civil Action No. 3:13-CV-00917-M |

## DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that Anheuser-Busch Companies, LLC ("Anheuser-Busch") hereby moves the Court for an order dismissing all of Plaintiff's claims. This motion is based on this notice, the attached memorandum of points and authorities, the request for judicial notice filed herewith, the pleadings, records and files in this case, and such other matters as may be considered by the Court. Anheuser-Busch respectfully requests that the Court set oral argument on the motion.

Dated: March 21, 2013.

                                     Respectfully submitted,

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: */s/ Marcus S. Topel*
Marcus S. Topel
Previously admitted and currently in good standing with the Northern District of Texas, Bar No. 54702CA
California State Bar No. 54702
Daniel F. Cook*
California State Bar No. 70484
Brian P. Brosnahan*
California State Bar No. 112894
Jacob N. Foster*
California State Bar No. 250785
101 California Street, Suite 2300
San Francisco, California 94111
514-655-4301 telephone
415-358-4693 facsimile
MTopel@kasowitz.com
*Motions for Admission *Pro Hac Vice* pending

and

BRACEWELL & GIULIANI LLP

By: */s/ Joseph M. Cox*
    Joseph M. Cox
    Texas State Bar No. 04950200
    Tricia R. DeLeon
    Texas State Bar No. 24005885

1445 Ross Avenue, Suite 3800
Dallas, Texas  75202
Telephone:  (214) 758-1000
Facsimile:  (214) 758-8343
joe.cox@bgllp.com
tricia.deleon@bgllp.com

ATTORNEYS FOR DEFENDANT,
ANHEUSER-BUSCH COMPANIES LLC

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing Anheuser-Busch Companies, LLC's Notice of Motion and Motion to Dismiss was electronically filed on March 21, 2013, and served on all parties receiving electronic notice from the Court's ECF notification system in the above-referenced case.

                                                  */s/ Tricia R. DeLeon*
                                                  Tricia R. DeLeon

#4268132.1