**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MICHAEL SEIDENSTEIN, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:13-CV-00917-M |
| ANHEUSER-BUSCH COMPANIES, LLC, | § § § | |
| Defendant. | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Civil Local Rule 7.4, the Defendant, Anheuser-Busch Companies, LLC, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Anheuser-Busch Companies, LLC is a wholly owned subsidiary of Anheuser-Busch InBev Worldwide Inc. and is an indirect subsidiary of Anheuser-Busch InBev NV/SA, which is a publicly traded corporation.

Dated: March 21, 2013.

        Respectfully submitted,

        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

        By: */s/ Marcus S. Topel*
        Marcus S. Topel
        Previously admitted and currently in good standing with the Northern District of Texas,
        Bar No. 54702CA
        California State Bar No. 54702
        Daniel F. Cook*
        California State Bar No. 70484
        Brian P. Brosnahan*
        California State Bar No. 112894
        Jacob N. Foster*
        California State Bar No. 250785
        101 California Street, Suite 2300
        San Francisco, California 94111
        514-655-4301 telephone
        415-358-4693 facsimile
        MTopel@kasowitz.com
        *Motions for Admission *Pro Hac Vice* pending

        and

        BRACEWELL & GIULIANI LLP

        By: */s/ Joseph M. Cox*
            Joseph M. Cox
            Texas State Bar No. 04950200
            Tricia R. DeLeon
            Texas State Bar No. 24005885

        1445 Ross Avenue, Suite 3800
        Dallas, Texas 75202
        Telephone: (214) 758-1000
        Facsimile: (214) 758-8343
        joe.cox@bgllp.com
        tricia.deleon@bgllp.com

        ATTORNEYS FOR DEFENDANT,
        ANHEUSER-BUSCH COMPANIES LLC

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing Defendant's Certificate of Interested Persons was electronically filed on March 21, 2013, and served on all parties receiving electronic notice from the Court's ECF notification system in the above-referenced case.

                                              */s/ Tricia R. DeLeon*  _____
                                              Tricia R. DeLeon

#4266674.1