**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MICHAEL SEIDENSTEIN, Individually and On Behalf of All Others Similarly Situated, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 3:13-CV-00917-M |
| § | |
| ANHEUSER-BUSCH COMPANIES, LLC, § § § | |
| Defendant. § | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Anheuser-Busch Companies, LLC, by and through the undersigned counsel of record, hereby files this Corporate Disclosure Statement identifying the following corporations and/or publicly held corporations that own 10% or more of its stock.

Anheuser-Busch Companies, LLC is a wholly owned subsidiary of Anheuser-Busch InBev Worldwide Inc. and is an indirect subsidiary of Anheuser-Busch InBev NV/SA, which is a publicly traded corporation.

A supplemental disclosure statement will be filed promptly upon any change in the information provided herein.

Dated: March 21, 2013.

 Respectfully submitted,

 KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

 By: */s/ Marcus S. Topel*
 Marcus S. Topel
 Previously admitted and currently in good standing with the Northern District of Texas, Bar No. 54702CA
 California State Bar No. 54702
 Daniel F. Cook*
 California State Bar No. 70484
 Brian P. Brosnahan*
 California State Bar No. 112894
 Jacob N. Foster*
 California State Bar No. 250785
 101 California Street, Suite 2300
 San Francisco, California 94111
 514-655-4301 telephone
 415-358-4693 facsimile
 MTopel@kasowitz.com
 *Motions for Admission *Pro Hac Vice* pending

 and

 BRACEWELL & GIULIANI LLP

 By: */s/ Joseph M. Cox*
  Joseph M. Cox
  Texas State Bar No. 04950200
  Tricia R. DeLeon
  Texas State Bar No. 24005885

 1445 Ross Avenue, Suite 3800
 Dallas, Texas 75202
 Telephone: (214) 758-1000
 Facsimile: (214) 758-8343
 joe.cox@bgllp.com
 tricia.deleon@bgllp.com

 ATTORNEYS FOR DEFENDANT, ANHEUSER-BUSCH COMPANIES LLC

## CERTIFICATE OF SERVICE

   The undersigned certifies that the foregoing Defendant's Corporate Disclosure Statement was electronically filed on March 21, 2013, and served on all parties receiving electronic notice from the Court's ECF notification system in the above-referenced case.

                   */s/ Tricia R. DeLeon* _____
                   Tricia R. DeLeon

#4266665.1