# Exhibit B

From: JPMLCMECF@jpml.uscourts.gov [mailto:JPMLCMECF@jpml.uscourts.gov]
Sent: Monday, March 25, 2013 2:20 PM
To: JPMLCMDECF@jpml.uscourts.gov
Subject: Activity in Case MDL No. 2448 IN RE: Anheuser-Busch Beer Labeling Marketing and Sales Practices Litigation

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 3/25/2013 at 3:19 PM EDT and filed on 3/25/2013

**Case Name:** IN RE: Anheuser-Busch Beer Labeling Marketing and Sales Practices Litigation

**Case Number:** MDL No. 2448

**Filer:**

**Document Number:** 4(No document attached)

**Docket Text:**

***TEXT ONLY NOTICE***

NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE *re: pldg. (1 in CAN/3:13-cv-00828, 1 in CO/1:13-cv-00506, [2] in MDL No. 2448, 1 in NJ/1:13-cv-01122, 1 in OHN/1:13-cv-00413, 1 in PAE/2:13-cv-01016, 1 in TXN/3:13-cv-00917), ([1] in MDL No. 2448)*

BRIEFING SCHEDULE IS SET AS FOLLOWS:
Notices of Appearance due on or before 4/8/2013. Corporate Disclosure Statements due on or before 4/8/2013. Responses due on or before 4/15/2013.

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website.

Signed by Clerk of the Panel Jeffery N. Luthi, on 3/25/2013.

Associated Cases: MDL No. 2448, CAN/3:13-cv-00828, CO/1:13-cv-00506, NJ/1:13-cv-01122, OHN/1:13-cv-00413, PAE/2:13-cv-01016, TXN/3:13-cv-00917 (DP)

Case Name:        WILSON v. ANHEUSER-BUSCH COMPANIES, LLC

Case Number:      NJ/1:13-cv-01122

Filer:

Document Number: 3(No document attached)


Docket Text:

***TEXT ONLY NOTICE***

NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE *re: pldg. (1 in CAN/3:13-cv-00828, 1 in CO/1:13-cv-00506, [2] in MDL No. 2448, 1 in NJ/1:13-cv-01122, 1 in OHN/1:13-cv-00413, 1 in PAE/2:13-cv-01016, 1 in TXN/3:13-cv-00917), ( [1] in MDL No. 2448)*

BRIEFING SCHEDULE IS SET AS FOLLOWS:
Notices of Appearance due on or before 4/8/2013. Corporate Disclosure Statements due on or before 4/8/2013. Responses due on or before 4/15/2013.

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website.

Signed by Clerk of the Panel Jeffery N. Luthi, on 3/25/2013.

Associated Cases: MDL No. 2448, CAN/3:13-cv-00828, CO/1:13-cv-00506, NJ/1:13-cv-01122, OHN/1:13-cv-00413, PAE/2:13-cv-01016, TXN/3:13-cv-00917 (DP)

Case Name:        GREENBERG et al v. ANHEUSER-BUSCH COMPANIES, LLC

Case Number:      PAE/2:13-cv-01016

Filer:

Document Number: 3(No document attached)

Docket Text:

***TEXT ONLY NOTICE***

NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE *re: pldg. (1 in CAN/3:13-cv-00828, 1 in CO/1:13-cv-00506, [2] in MDL No. 2448, 1 in NJ/1:13-cv-01122, 1 in OHN/1:13-cv-00413, 1 in PAE/2:13-cv-01016, 1 in TXN/3:13-cv-00917), ( [1] in MDL No. 2448)*

BRIEFING SCHEDULE IS SET AS FOLLOWS:
Notices of Appearance due on or before 4/8/2013. Corporate Disclosure Statements due on or before 4/8/2013. Responses due on or before 4/15/2013.

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website.

Signed by Clerk of the Panel Jeffery N. Luthi, on 3/25/2013.

Associated Cases: MDL No. 2448, CAN/3:13-cv-00828, CO/1:13-cv-00506, NJ/1:13-cv-01122, OHN/1:13-cv-00413, PAE/2:13-cv-01016, TXN/3:13-cv-00917 (DP)

| | |
|---|---|
| Case Name: | Giampaoli et al v. Anheuser-Busch Companies, LLC |
| Case Number: | CAN/3:13-cv-00828 |
| Filer: | |
| Document Number: | 3(No document attached) |

Docket Text:

***TEXT ONLY NOTICE***

NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE *re: pldg. (1 in CAN/3:13-cv-00828, 1 in CO/1:13-cv-00506, [2] in MDL No. 2448, 1 in NJ/1:13-cv-01122, 1 in OHN/1:13-cv-00413, 1 in PAE/2:13-cv-01016, 1 in TXN/3:13-cv-00917), ( [1] in MDL No. 2448)*

BRIEFING SCHEDULE IS SET AS FOLLOWS:
Notices of Appearance due on or before 4/8/2013. Corporate Disclosure Statements due on or before 4/8/2013. Responses due on or before 4/15/2013.

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website.

Signed by Clerk of the Panel Jeffery N. Luthi, on 3/25/2013.

Associated Cases: MDL No. 2448, CAN/3:13-cv-00828, CO/1:13-cv-00506, NJ/1:13-cv-01122, OHN/1:13-cv-00413, PAE/2:13-cv-01016, TXN/3:13-cv-00917 (DP)

**Case Name:** Hopkins et al v. Anheuser-Busch Companies LLC

**Case Number:** OHN/1:13-cv-00413

**Filer:**

**Document Number:** 3(No document attached)

**Docket Text:**

***TEXT ONLY NOTICE***

NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE *re: pldg. (1 in CAN/3:13-cv-00828, 1 in CO/1:13-cv-00506, [2] in MDL No. 2448, 1 in NJ/1:13-cv-01122, 1 in OHN/1:13-cv-00413, 1 in PAE/2:13-cv-01016, 1 in TXN/3:13-cv-00917), ( [1] in MDL No. 2448)*

BRIEFING SCHEDULE IS SET AS FOLLOWS:
Notices of Appearance due on or before 4/8/2013. Corporate Disclosure Statements due on or before 4/8/2013. Responses due on or before 4/15/2013.

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website.

Signed by Clerk of the Panel Jeffery N. Luthi, on 3/25/2013.

Associated Cases: MDL No. 2448, CAN/3:13-cv-00828, CO/1:13-cv-00506, NJ/1:13-cv-01122, OHN/1:13-cv-00413, PAE/2:13-cv-01016, TXN/3:13-cv-00917 (DP)

**Case Name:** Seidenstenin v. Anheuser-Busch Companies LLC

**Case Number:** TXN/3:13-cv-00917

**Filer:**

**Document Number:** 3(No document attached)

**Docket Text:**

***TEXT ONLY NOTICE***

NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE *re: pldg. (1 in CAN/3:13-cv-00828, 1 in CO/1:13-cv-00506, [2] in MDL No. 2448, 1 in NJ/1:13-cv-01122, 1 in OHN/1:13-cv-00413, 1 in PAE/2:13-cv-01016, 1 in TXN/3:13-cv-00917), ( [1] in MDL No. 2448)*

BRIEFING SCHEDULE IS SET AS FOLLOWS:
Notices of Appearance due on or before 4/8/2013. Corporate Disclosure Statements due on or before 4/8/2013. Responses due on or before 4/15/2013.

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website.

Signed by Clerk of the Panel Jeffery N. Luthi, on 3/25/2013.

Associated Cases: MDL No. 2448, CAN/3:13-cv-00828, CO/1:13-cv-00506, NJ/1:13-cv-01122, OHN/1:13-cv-00413, PAE/2:13-cv-01016, TXN/3:13-cv-00917 (DP)

| | |
|---|---|
| **Case Name:** | Richardson v. Anhueser-Busch Companies, LLC |
| **Case Number:** | CO/1:13-cv-00506 |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**

\*\*\*TEXT ONLY NOTICE\*\*\*

NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE *re: pldg. (1 in CAN/3:13-cv-00828, 1 in CO/1:13-cv-00506, [2] in MDL No. 2448, 1 in NJ/1:13-cv-01122, 1 in OHN/1:13-cv-00413, 1 in PAE/2:13-cv-01016, 1 in TXN/3:13-cv-00917), ( [1] in MDL No. 2448)*

BRIEFING SCHEDULE IS SET AS FOLLOWS:
Notices of Appearance due on or before 4/8/2013. Corporate Disclosure Statements due on or before 4/8/2013. Responses due on or before 4/15/2013.

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website.

Signed by Clerk of the Panel Jeffery N. Luthi, on 3/25/2013.

Associated Cases: MDL No. 2448, CAN/3:13-cv-00828, CO/1:13-cv-00506, NJ/1:13-cv-01122, OHN/1:13-cv-00413, PAE/2:13-cv-01016, TXN/3:13-cv-00917 (DP)

**MDL No. 2448 Notice has been electronically mailed to:**

**MDL No. 2448 Notice will not be electronically mailed to:**

**NJ/1:13-cv-01122 Notice has been electronically mailed to:**

Andrew Muscato amuscato@skadden.com, amuscato@optonline.net

David S Senoff dsenoff@cbmclaw.com

J. Russell Jackson Russell.Jackson@skadden.com

Marcus Sanders Topel mtopel@kasowitz.com

Joseph M. Cox joe.cox@bgllp.com

Lauren C. Fantini lfantini@cbmclaw.com

**NJ/1:13-cv-01122 Notice will not be electronically mailed to:**

**PAE/2:13-cv-01016 Notice has been electronically mailed to:**

David S Senoff cmcnally@cbmclaw.com

J. Russell Jackson Russell.Jackson@skadden.com

Marcus Sanders Topel mtopel@kasowitz.com

Joseph M. Cox joe.cox@bgllp.com

Lauren C. Fantini lfantini@cbmclaw.com

**PAE/2:13-cv-01016 Notice will not be electronically mailed to:**

**CAN/3:13-cv-00828 Notice has been electronically mailed to:**

William M Goodman wgoodman@kasowitz.com

Robert M Bramson rbramson@bramsonplutzik.com

Joshua Boxer josh@millslawfirm.com

Corey Bennett corey@millslawfirm.com

Robert Wade Mills rwm@millslawfirm.com

Daniel F Cook dcook@kasowitz.com

Jacob N Foster jfoster@kasowitz.com

Marcus Sanders Topel mtopel@kasowitz.com

Brian Paul Brosnahan bbrosnahan@kasowitz.com

J .Russell Jackson russell.jackson@skadden.com

Joseph M. Cox joe.cox@bgllp.com

**CAN/3:13-cv-00828 Notice will not be electronically mailed to:**

**OHN/1:13-cv-00413 Notice has been electronically mailed to:**

J. Russell Jackson Russell.Jackson@skadden.com

Ronald I. Frederick RonF@ClevelandConsumerLaw.com

Marcus Sanders Topel mtopel@kasowitz.com

Joseph M. Cox joe.cox@bgllp.com

**OHN/1:13-cv-00413 Notice will not be electronically mailed to:**

**TXN/3:13-cv-00917 Notice has been electronically mailed to:**

Roger L Mandel rlm@lhlaw.net, dzc@lhlaw.net, ebb@lhlaw.net, rmandel@beckham-mandel.com, sdh@lhlaw.net

J. Russell Jackson Russell.Jackson@skadden.com

Bruce E Bagelman beb@lhlaw.net

Daniel F Cook dcook@kasowitz.com

Jacob N Foster jfoster@kasowitz.com

Tricia Robinson DeLeon tricia.deleon@bgllp.com

Joseph M Cox joe.cox@bgllp.com

Marcus Sanders Topel mtopel@kasowitz.com

Brian Paul Brosnahan bbrosnahan@kasowitz.com

**TXN/3:13-cv-00917 Notice will not be electronically mailed to:**

**CO/1:13-cv-00506 Notice has been electronically mailed to:**

John R Trigg trigg@wtotrial.com

J. Russell Jackson Russell.Jackson@skadden.com

Joshua Boxer josh@millslawfirm.com

Corey Bennett corey@millslawfirm.com

Robert Wade Mills rwm@millslawfirm.com

Marcus Sanders Topel mtopel@kasowitz.com

Joseph M. Cox joe.cox@bgllp.com

**CO/1:13-cv-00506 Notice will not be electronically mailed to:**