# Exhibit C

25-Mar-2013 02:23 PM Skadden Arps 312 920 4348    2/3
Case 2:13-cv-00917-MAP Document 23-3   Filed 03/27/13   Page 2 of 3   PageID 350
Case 2:13-cv-01016-TON   Document 3   Filed 03/26/13   Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------- x
THOMAS GREENBERG and GERALD :
GREENBERG, on behalf of themselves and all :
others similarly situated, : Case No. 13-CV-1016 (TON)
:
Plaintiffs, : ECF CASE
:
v. : ELECTRONICALLY FILED
:
ANHEUSER-BUSCH COMPANIES, LLC, :
:
Defendant. :
------------------------------------------------------- x

## STIPULATION FOR EXTENSIONS OF TIME

IT IS HEREBY STIPULATED by and between the parties to the above-captioned action, through their undersigned counsel, that:

1. Anheuser-Busch Companies, LLC ("A-B") shall have up to an additional fourteen (14) days to answer or otherwise respond to the Plaintiffs' Complaint, meaning that A-B's deadline to answer or otherwise respond shall be April 8, 2013;[1]

2. If A-B moves to dismiss Plaintiffs' Complaint, Plaintiffs shall have an additional fourteen (14) days to respond to A-B's motion, in addition to the amount of time provided by the Federal Rules of Civil Procedure and any applicable local rules;

3. If A-B moves to dismiss Plaintiffs' Complaint and Plaintiffs oppose A-B's motion, A-B shall have an additional seven (7) days to reply to such opposition, in addition to the amount of time provided by the Federal Rules of Civil Procedure and any applicable local rules;

---

[1] A-B was served with the Complaint on March 4, 2013. The return of service, Docket No. 2, incorrectly indicates that A-B was served on March 1, 2013.

4. The parties will cooperate to obtain court approval of the terms of this agreement.

DATED: March 25, 2013

CAROSELLI, BEACHLER, MCTIERNAN & CONBOY, LLC

By: /s/ David S. Senoff
David S. Senoff
*Attorneys for Plaintiffs*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ J. Russell Jackson
J. Russell Jackson
*Attorneys for Defendant Anheuser-Busch Companies, LLC*

T.N. O'Neill
3/26/13

2