# Exhibit E

| | |
|---|---|
| 1 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | MARCUS S. TOPEL (SBN 54702) |
| 2 | Email: mtopel@kasowitz.com |
| | WILLIAM M. GOODMAN (SBN 61305) |
| 3 | Email: wgoodman@kasowitz.com |
| | DANIEL F. COOK (SBN 70484) |
| 4 | Email: dcook@kasowitz.com |
| | BRIAN N. BROSNAHAN (SBN 112894) |
| 5 | Email: brosnahan@kasowitz.com |
| | JACOB N. FOSTER (SBN 250785) |
| 6 | Email: jfoster@kasowitz.com |
| | 101 California Street, Suite 2300 |
| 7 | San Francisco, California 94111 |
| | Telephone:   (415) 421-6140 |
| 8 | Facsimile:   (415) 398-5030 |
| 9 | Counsel for Defendant |
| | ANHEUSER-BUSCH COMPANIES, LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA GIAMPAOLI and JOHN ELBERT, on behalf of themselves and all others similarly situated, | Case No. CV-13-00828 EMC |
| Plaintiffs, | **STIPULATION EXTENDING TIME FOR DEFENDANT ANHEUSER-BUSCH COMPANIES, LLC TO RESPOND TO COMPLAINT** |
| v. | |
| ANHEUSER-BUSCH COMPANIES, LLC, | |
| Defendant. | |

22    IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by Plaintiffs NINA

23   GIAMPAOLI and JOHN ELBERT and Defendant ANHEUSER-BUSCH COMPANIES, LLC, by

24   and through their respective counsel, that the time for defendant ANHEUSER-BUSCH

25   COMPANIES, LLC to file an answer or otherwise respond to the complaint is extended for

26   / / /

27   / / /

28   / / /

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

1  fourteen (14) days – from the present due date of March 25, 2013, to and including April 8, 2013.

2  Respectfully submitted,

3  DATED: March 20, 2013    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

4  By: __/s/ Marcus S. Topel__
   MARCUS S. TOPEL
5  Counsel for Defendant
   ANHEUSER-BUSCH COMPANIES, LLC
6

7

8  DATED: March 20, 2013    THE MILLS LAW FIRM

9  By: __/s/ Joshua D. Boxer__
   JOSHUA D. BOXER
10  Counsel for Plaintiffs
   NINA GIAMPAOLI and JOHN ELBERT,
11  on behalf of themselves and all others
   similarly situated

Stipulation Extending Time for Deft to Respond to Complaint        Case No. CV-13-00828 EMC