# Exhibit F

Andrew Muscato
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
Four Times Square
New York, New York 10036
(212) 735-3000 (telephone)
(212) 735-2000 (fax)

*Attorneys for Defendant* Anheuser-*Busch Companies, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------ x
BRIAN WILSON, on behalf of himself and all :
others similarly situated, :
: Case No. 13-CV-1122 (NLH) (AMD)
Plaintiff, :
: **APPLICATION FOR EXTENSION OF**
v. : **TIME TO ANSWER, MOVE, OR**
: **OTHERWISE RESPOND PURSUANT**
ANHEUSER-BUSCH COMPANIES, LLC, : **TO LOCAL RULE 6.1(b)**
:
Defendant. :
------------------------------------------------------------ x

Application is hereby made for a Clerk's Order extending the time within which Defendant Anheuser-Busch Companies, LLC ("A-B") may answer, move, or otherwise respond to the Complaint filed in the above-captioned action. In support of this application, A-B states the following:

1. No previous extension to answer, move, or otherwise respond to the Complaint has been obtained;

2. A-B was served with the Complaint on March 4, 2013;[1]

---

[1] The return of service, Docket No. 3, incorrectly states that A-B was served on March 1, 2013.

3. A-B's time to answer, move, or otherwise respond to the Complaint expires on March 25, 2013;

4. A-B respectfully requests a 14-day extension of time to answer, move, or otherwise respond to the Complaint to and including April 8, 2013.

Dated: March 22, 2013

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(A Delaware limited liability partnership)

*Attorneys for Defendant Anheuser-Busch Companies, LLC*

By: /s/ Andrew Muscato
Andrew Muscato

## ORDER

The above application is ORDERED GRANTED and the time for Defendant Anheuser-Busch Companies, LLC to answer, move, or otherwise respond to the Complaint is extended to and including April 8, 2013.

ORDER DATED: _____.

WILLIAM T. WALSH, Clerk

By:_____
Deputy Clerk

2