**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MICHAEL SEIDENSTEIN, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>ANHEUSER-BUSCH COMPANIES, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:13-CV-00917-M<br>)<br>)<br>)<br>) |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION TO STAY PENDING DECISION OF JPML; MOTION TO EXTEND DEADLINE FOR RESPONDING TO MOTION TO DISMISS;UNOPPOSED MOTION TO POSTPONE DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION EXPEDITING CONSIDERATION OF SAID MOTIONS**

TO DEFENDANT AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff hereby respectfully requests that the Court take judicial notice, pursuant to Fed. R. Evid. Rule 201, of the following documents:

1. Article on the Houston Chronicle's website discussing Anheuser-Busch's full-page advertisements. A true and correct copy is attached hereto as Exhibit A.

2. Complaint for *Anheuser-Busch Companies, LLC et al. v. James Alan Clark,* case number 2:13-cv-00415-GEB-CKD, in the Eastern District of California, filed March 1, 2013. A true and correct copy is attached hereto as Exhibit B.

3. Defendant James Clark's Memorandum of Points and Authorities in Support of His Special Motion to Strike Strategic Litigation Against Public Participation, filed March 29, 2013. A true and correct copy is attached hereto as Exhibit C.

Dated: April 5, 2013                    Respectfully submitted,

*/s/ Roger L. Mandel*
ROGER L. MANDEL
State Bar No. 12891750
Bruce E. Bagelman
State Bar No. 01509700
LACKEY HERSHMAN, L.L.P.
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219
Phone: (214) 560-2201
Fax:    (214) 560-2203
rlm@lhlaw.net

3

**Certificate of Service**

On the 5th day of April, 2013, the foregoing Request for Judicial Notice in Support of Plaintiff's Motion to Stay Pending Decision of JPML; Motion to Extend Deadline for Responding to Motion to Dismiss; Unopposed Motion to Postpone Deadline for Filing Motion for Class Certification Expediting Consideration of Said Motions was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

    /s/ Roger L. Mandel
    Roger L. Mandel