# Exhibit A

Subscribe to the Houston Chronicle | Shop | Classifieds | Obits | Notices | Place an Ad | La Voz     Like 27k    Register | Sign In

Friday April 5, 2013

Houston Weather

Search

○ Chron.com  ○ Web Search by YAHOO!  ○ Local Directory

Home | Local | US & World | Sports | Business | Entertainment | Lifestyle | Jobs | Cars | Real Estate     View your weekly ad ▸

# Beer, TX
Blogging brew with Ronnie Crocker

## *Updated* Anheuser-Busch punches back with ad campaign

Sunday, March 3, 2013

Comments(39) | E-mail | Print       Tweet 122    Recommend 59    2



From today's full-page ad in the Houston Chronicle. (Ronnie Crocker / Beer, TX)

Anheuser-Busch this morning responded to a string of lawsuits, including one filed Thursday in Dallas, accusing it of **watering down its beer** for profits.

You can see for yourself on page A16 of the Sunday Houston Chronicle: A clever full-page advertisement featuring one of the company's canned waters that it distributes for free during times of disaster. (Read here about A-B's laudable efforts during the rampaging wildfires around Bastrop in 2011.) The ad is on page 15 of my @nytimes today and the Associated Press reports it is running in eight other papers elsewhere around the country as well.

**UPDATE**: Josh Boxer, the attorney for the plaintiffs suing A-B in federal court, just emailed with his reaction to today's ad push:

> These ads are nothing more than classic non-denial denials which completely ignore the merits of our lawsuit. Anheuser-Busch passed up a great opportunity to tell the American public the truth about the alcohol content of their products. Laudable as its charitable giving program may be, it is wholly unresponsive to the well-founded claims that it intentionally targets and sells beer with lower alcohol content than is stated its labels. To date, Anheuser-Busch has not denied that critical fact.
>
> Anheuser-Busch can duck the issue in the press, but not in court, where it will be forced to disclose its extremely accurate, internal alcohol testing data and its internal beer specifications. These alcohol readings, taken six times a second as the finished product is bottled, will confirm the allegations made by the growing number of former employees who continue to come forward to tell us the truth.
>
> We stand by each and every allegation in our complaint and we are confident that the jury will agree.

The company, part of Anheuser-Busch InBev, the world's largest brewer, also took its campaign to social media, promoting its message on Twitter.

The ad cites the 71 million cans of water it has donated for relief efforts across the world and pledges that "the beer in your hand is the best we know how to brew."



Bottom half of today's Chronicle ad. (Ronnie Crocker / Beer, TX)

Join Beer, TX on Facebook at facebook.com/rcrocker.beertx or follow me on Twitter: @rcrocker. I'm also on Google+.

"Houston Beer: A Heady History of Brewing in the Bayou City" is available in bookstores and in e-book format. Find out about signings and other events at facebook.com/HoustonBeerBook.

Categories: Beer and society, General, Legal issues

Tags: Anheuser-Busch InBev

Contribute to this story: Send us a tip | Suggest a Correction | Permalink

Comments(39) | E-mail | Print          Tweet 122    Recommend 59    2



**Ronnie Crocker** | Assistant Business Editor
Email Me



### From Around The Web

Will Body Wash or Soap Get You Cleaner? (Daily Finance)

$12K in checking? You're Lemon-ing (Bankrate.com)

Best Beer Pubs: State By State (ThePostGame)

10 Beer Tips You Really Need to Know (Lifescript.com)

6 Cash-Rich Stocks to Buy Now (Kiplinger)

Oh-Penn Region in Center of Emerging Tech Belt (BusinessClimate.com)

[what's this]

### We Recommend

Texas third fastest-growing state for craft breweries

70-year-old twin prostitutes calling it quits — finally

Hops & Grain Zoe en route soon to Houston, San Antonio

CBC brew expo a feast for the eyes

Beer news from the Craft Brewers Conference

3 Texas Democrats in DC not jumping on gay-marriage bandwagon



**Subscribe to the Houston Chronicle and receive access to the Chronicle for iPad App**

## 39 Responses to *Updated* Anheuser-Busch punches back with ad campaign

**SmarterThanYall** says:
March 3, 2013 at 9:04 am

"…and if you know what's good for you, you will not question your corporate lords again. Ever."

  **K2** says:
  March 3, 2013 at 8:44 pm

  I think Monty Python was thinking of Bud when describing American beers as being like "making love in a canoe" because it's __ close to water.

**Darcey Kobs** says:
March 3, 2013 at 9:44 am

Here's an idea. If you don't like the beer, don't buy it! Anheuser-Busch will get the message.

  **JB** says:
  March 3, 2013 at 7:59 pm