UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL SEIDENSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANHEUSER-BUSCH COMPANIES, LLC,<br><br>Defendant. | Case No. 3:13-CV-00917-M |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF PLAINTIFF'S
MOTION FOR STAY PENDING DECISION OF JPML**

COMES NOW Plaintiff, Michael Seidenstein, individually, and on behalf of all others similarly situated, and files Plaintiff's Notice of Supplemental Authority in Support of Plaintiff's Motion for Stay Pending Decision of JPML, and for such respectfully shows the Court as follows:

1.  Plaintiff previously moved the Court to stay this case pending the JPML's decision on a motion to transfer this case and five other related other cases to the Northern District of California [Dkt. 23]. The JPML has now entered an order setting the motion to transfer for hearing on May 30, 2013, in Louisville, Kentucky. A true and correct copy of the JPML's order setting the hearing is attached hereto as Exhibit A. Thus, the delay occasioned by the stay will be a short one.

2.  On April 2, 2013, the Plaintiffs in the Pennsylvania action filed a motion to stay that action pending the decision of the JPML, which motion contained virtually the same arguments that Plaintiff Seidenstein makes in this case. A true and correct copy of the motion to

stay filed in the Pennsylvania action is attached hereto as Exhibit B.  On April 9, 2013, the court granted such stay.  A true and correct copy of the order granting the stay is attached hereto as Exhibit C.

WHEREFORE, Plaintiff Michael Seidenstein, individually, and on behalf of all others similarly situated, respectfully requests this Court to stay this action pending the decision of the JPML motion, as did the court in Pennsylvania, and to grant him all such other and further relief, general or special, legal or equitable, to which he may be justly entitled.

Dated:  April 10, 2013

Respectfully submitted,

*/s/ Roger L. Mandel*
ROGER L. MANDEL
State Bar No. 12891750
Bruce E. Bagelman
State Bar No. 01509700
LACKEY HERSHMAN, L.L.P.
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219
Phone: (214) 560-2201
Fax:    (214) 560-2203
rlm@lhlaw.net

### Certificate of Service

On the 10th day of April, 2013, the foregoing Plaintiff's Notice of Supplemental Authority in Support of Plaintiff's Motion for Stay Pending Decision of JPML was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

*/s/ Roger L. Mandel*
Roger L. Mandel