# Exhibit C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS GREENBERG AND GERALD GREENBERG, *on behalf of themselves and all others similarly situated*, | : | CIVIL ACTION |
| | : | |
| | : | NO. 13-1016 |
| PLAINTIFFS, | : | |
| | : | |
| v. | : | CLASS ACTION |
| | : | |
| ANHEUSER-BUSCH COMPANIES, LLC, | : | |
| DEFENDANT. | : | JURY TRIAL DEMANDED |

## ORDER

**AND NOW,** this _7_ day of _April_, 2013, upon consideration of Plaintiffs' Motion to Stay Pending Decision of the United States Judicial Panel on Multidistrict Litigation, and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

BY THE COURT:

_T. N. O'Neill_
_____
J.