UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL SEIDENSTEIN, Individually and On Behalf of All Others Similarly Situated, § § § | | |
| Plaintiff, § § | No. 3:13-cv-917-M | |
| v. § § | | |
| ANHEUSER-BUSCH COMPANIES, LLC, § § | | |
| Defendant. § | | |

## ORDER

Before the Court is Plaintiff's Motion to Stay Pending Decision of JPML; Motion to Extend Deadline for Responding to Motion to Dismiss; Unopposed Motion to Postpone Deadline for Filing Motion for Class Certification; and Motion to Expedite Consideration of Same [Docket Entry #23]. The Court is still considering the Motion to Stay. However, in the meantime, the Court **GRANTS** Plaintiff a one-week extension of time to file a response to Defendant's Motion to Dismiss. Should the Court deny the Motion to Stay, Plaintiff's response will be due on April 18, 2013.

**SO ORDERED**.

April 10, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS