**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| MICHAEL SEIDENSTEIN, Individually and On Behalf of All Others Similarly Situated, § § § | | |
| Plaintiff, § § | No. 3:13-cv-917-M | |
| v. § § | | |
| ANHEUSER-BUSCH COMPANIES, LLC, § § | | |
| Defendant. § | | |

**ORDER**

Before the Court is Plaintiff's Motion to Stay Pending Decision of JPML; Motion to Extend Deadline for Responding to Motion to Dismiss; Unopposed Motion to Postpone Deadline for Filing Motion for Class Certification; and Motion to Expedite Consideration of Same [Docket Entry #23]. After considering the potential to conserve judicial resources and the potential prejudice to the parties, the Court determines the Motion to Stay should be **GRANTED**. All unexpired deadlines, including the deadline to file a motion for class certification, are **STAYED** pending resolution of the motion for pretrial consolidation before the Judicial Panel on Multidistrict Litigation ("JPML"). Should the JPML deny the motion, the deadline for Plaintiff to respond to Defendant's Motion to Dismiss will be twenty-one days from the date the JPML issues its denial.

**SO ORDERED**.

April 12, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS